Bob L. Olson, Esq.
Nevada Bar No. 3783
Samuel K. Pope, Esq.
Nevada Bar No. 16963
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
         spope@swlaw.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LANISHA SNOW,<br><br>        Plaintiff,<br><br>    v.<br><br>IQ DATA INTERNATIONAL, INC.;<br>AVENUE 5 RESIDENTIAL, LLC;<br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; EQUIFAX INFORMATION<br>SERVICES, LLC; and TRANS UNION LLC,<br><br>        Defendants. | Case No.  2:26-cv-00542-ART-DJA<br><br>**MOTION AND ORDER TO EXTEND DEADLINE FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT [ECF NO. 1]**<br><br>**[FIRST REQUEST]** |

Pursuant to LR IA 6-1(a) and LR IA 6-2, the undersigned counsel of record for Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian") files this motion to extend Experian's deadline to file its response to Plaintiff's Complaint (ECF No. 1) through June 29, 2026.

This extension request is made in good faith and not for purposes of delay.  Plaintiff served her Complaint upon Experian on May 19, 2026. (ECF No. 10-2).  The deadline for Experian to file its answer is June 9, 2026.

This matter was transferred to lead counsel Venable LLP from prior counsel on May 26, 2026.  Venable subsequently engaged Snell & Wilmer L.L.P., as Nevada counsel.  Co-counsel for Experian has attempted to reach Plaintiff concerning the requested extension, and as of this filing, Plaintiff has not yet responded.  Plaintiff will not be prejudiced by this extension, as the purpose of this first request for the extension is to allow Experian the opportunity to fully analyze the claims

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89135
702.784.5200

against it and to give the parties the opportunity to continue good faith efforts to settle this case and accommodate its recent change of counsel.

Dated:  June 8, 2026.

SNELL & WILMER L.L.P.

/s/ Bob L. Olson
Bob L. Olson (NV Bar No. 3783)
Samuel K. Pope (NV Bar No. 16963)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Defendant Experian Information Solutions, Inc.*

### ORDER

For good cause appearing therein, IT IS SO ORDERED that the motion is GRANTED.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED this 9th day of June 2026.

4909-5976-3891

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89135
702.784.5200

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **MOTION AND ORDER TO EXTEND DEADLINE FOR EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO COMPLAINT [ECF NO. 1]** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that a copy of the foregoing was sent by email and U.S. Mail to:

Lanisha Snow
3530 W. Flournoy St., Apt. 2
Chicago, IL 60624
Lsnow94@gmail.Com

*Plaintiff Pro Se*

Dated:  June 8, 2026                    */s/ Mary Full*
                                        An Employee of Snell & Wilmer L.L.P.

- 3 -

4909-5976-3891