GIA N. MARINA, ESQ.
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

LANISHA SNOW,

    Plaintiff,

vs.

IQ DATA INTERNATIONAL, INC., AVENUE
5 RESDENTIAL, LLC, EXPERIAN
INFORMATION SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES LLC,
TRANSUNION LLC,

    Defendants.

Case No. 2:26-cv-0542-ART-DJA

**MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S TO FILE ANSWER**

**FIRST REQUEST**

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, Equifax respectfully requests that its time to answer, move, or otherwise respond to the Complaint be extended from June 9, 2026 through and including **July 9, 2026**.

Good cause exists for the requested extension. The request is made by Equifax so that it can have an opportunity to collect and review its internal files pertaining to the allegations in the Complaint and so that Equifax and Plaintiff can explore early resolution of this matter. This motion is filed in good faith and not intended to cause delay. Equifax further states that Plaintiff approves the 30-day extension, but out of an abundance of caution, Equifax is filing its requested extension

as a motion because Plaintiff has not yet given her explicit consent to the use of her e-signature in this filing.

Respectfully submitted, this 9th day of June, 2026.

CLARK HILL PLLC

By: /s/*Gia N. Marina*
Gia N. Marina, Esq
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Email: gmarina@clarkhill.com
*Attorney for Defendant Equifax Information Services LLC*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:  ___6/11/2026_____

- 2 -

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and exact copy of the foregoing has been served this 9th day of June, 2026, via the Court's CM/ECF system, which will send a notification to all counsel of record. A copy has also been sent via U.S. Mail to the following:

Lanisha Snow
3530 W. Flournoy St., Apt. 2
Chicago, IL 60624
*Pro Se Plaintiff*

By: /s/*Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada  89135
Telephone:  (702) 862-8300
Email: gmarina@clarkhill.com

- 3 -

# EXHIBIT 1

# EXHIBIT 1

Case 2:26-cv-00542-ART-EJA   Document 137-1   Filed 06/09/26   Page 52 of 52



**Carley Thompson <carley.thompson@equifax.com>**

---

## Re: Snow, Lanisha - RQT for PII, Extension & Demand

**Snow** <lsnow94@gmail.com>                                    Tue, Jun 2, 2026 at 7:39 PM
To: Jessica Wiles <jessica.wiles@equifax.com>
Cc: Carley Thompson <carley.thompson@equifax.com>

Hi Jessica,

Happy Tuesday! Thank you for following up with me. The extension is approved.

Have a great day!

**Lanisha Snow**
**Plaintiff, Pro Se**
**Cell Phone: (630)-506-2186**
**Email: lsnow94@gmail.com**

[Quoted text hidden]