**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

Lanisha Snow,

Plaintiff,

v.

IQ Data International, Inc.; et al.,

Defendants.

Case No. 2:26-cv-00542-ART-DJA

**Order**

Before the Court is Plaintiff's motion for leave to amend her complaint. (ECF No. 37). No party responded to the motion. Under Rule 15(a)(2) of the Federal Rules of Civil Procedure, "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2). There is a strong public policy in favor of permitting amendment. *Bowles v. Reade*, 198 F.3d 752, 757 (9th Cir. 1999). The Ninth Circuit has made clear that courts should apply Rule 15(a) with "extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). Additionally, under Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion constitutes a consent to the granting of the motion. LR 7-2(d). Considering the strong public policy in favor of permitting amendment, the Ninth Circuit's caution to apply Rule 15(a) with extreme liberality, and that no party filed a response, granting leave to amend is appropriate here. The Court thus grants Plaintiff's motion to amend.

**IT IS THEREFORE ORDERED** that Plaintiffs' motion to amend (ECF No. 37) is **granted**. Plaintiff shall file and serve her amended complaint as required under Local Rule 15-1.

DATED: November 20, 2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE